UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS E BYRD,

                    Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

Case No. C24-0287 RSM

**ORDER AMENDING THE SCHEDULING ORDER**

Based on Defendant's Motions to Amend the Scheduling Order (Dkts. 11, 12), and given that Plaintiff has no objection, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including August 2, 2024, to file a response to Plaintiff's Opening Brief; and

- Plaintiff shall have up to and including August 16, 2024, to file the optional Reply Brief.

DATED this 8th day of July, 2024.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1