UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS E B.,

      Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

Case No. C24-0287 RSM

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

  Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the Administrative Law Judge will further evaluate the claimant's subjective symptom complaints, the medical opinions and prior administrative medical findings, and the residual functional capacity; offer the claimant the opportunity for a hearing; take further action to complete the administrative record resolving the above issues; and issue a new decision.

  After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

///

///

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 1

1  ///

2    DATED this 2nd day of August, 2024.

                                                 Ricardo S. Martinez
                                                 United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 2